UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*leave to file granted*

Grady King                                   Case: 1:07-cv-02302 rjl

VS

Pierce Associates Inc.

MOTION FOR COURT APPOINTED COUNSEL

I am requesting that the court appoint counsel because I have tried and I can not find anyone who will take my case.

*Grady S. King*
Grad S. King
3807 35th Street
Mount Rainier, MD  20712
(301) 277-9452

RECEIVED
APR 09 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT