UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Grady King                              Case: 1:07-cv-02302 rjl

VS

Pierce Associates Inc.

PLAINTIFF'S MOTION FOR A CONTINUANCE

I am requesting that the court continue this case to allow time obtain legal representation.

*(signature)*
Grady S. King
3807 35th Street
Mount Rainier, MD 20712
(301) 277-9452

RECEIVED
APR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

I Grady S. King Im requesting more time to find representation, and will send a copy to pierce on 4-18-08. Pierce associates at 4216 wheel ave alexandria va. 22304.

I, Grady S King will mail a copy of this motion to Pierce associates, Inc 4216 wheeler ave. alexandria, va. 22304 on 4-18-08.
*(signature)* Grady King