IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRADY KING,<br>3807 35th Street<br>Mt. Rainier, MD 20712<br>(301) 277-9452<br><br>         Plaintiff,<br><br>    v.<br><br>PIERCE ASSOCIATES, INC.,<br>4216 Wheeler Avenue<br>Alexandria, VA 22304<br><br>         Defendant. | Case No. 1:07-cv-02302 (RJL) |

**PIERCE ASSOCIATES' DISCLOSURE OF CORPORATE AFFILIATIONS AND
FINANCIAL INTERESTS**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, defendant Pierce Associates, Inc. ("Pierce") hereby submits the following Disclosure of Corporate Affiliations and Financial Interests.

I, the undersigned, counsel of record for Pierce Associates, Inc. ("Pierce"), certify that to the best of my knowledge and belief, Pierce has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

-2-

        Respectfully submitted,


        ____/s/ Anessa Abrams_____
        Gary L. Lieber (glieber@saul.com)
        Bar No. 215483
        Anessa Abrams (aabrams@saul.com)
        Bar No. 448789
        Saul Ewing LLP
        2600 Virginia Avenue, N.W.
        Suite 1000
        Washington, D.C.   20037
        202-333-8800
        202-337-6065 (fax)

        Attorneys for Defendant
        Pierce Associates, Inc.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PIERCE ASSOCIATES' DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** was filed electronically on this 8th day of May, 2008 and was served by first class United States Mail, postage prepaid, on this 8th day of May, 2008, addressed to the following:

Grady King
3807 35th Street
Mt. Rainier, MD 20712

*Pro Se* Plaintiff

　　　　　　　　　　　　　　　　　　　　　　  /s/ Anessa Abrams

　　　　　　　　　　　　　　　　　　　　　　Anessa Abrams

944120.1