IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRADY KING, | : | |
| 3807 35th Street | : | |
| Mt. Rainier, MD 20712 | : | |
| (301) 277-9452 | : | Case No. 1:07-cv-02302 (RJL) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PIERCE ASSOCIATES, INC., | : | |
| 4216 Wheeler Avenue | : | |
| Alexandria, VA 22304 | : | |
| | : | |
| Defendant. | : | |

**Appearance of Anessa Abrams, Esq.**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    Please enter my appearance as counsel in this case for Defendant Pierce Associates, Inc.

I certify that I am admitted to practice in this Court.

    Respectfully submitted,

    __/s/  Anessa Abrams_____
Anessa Abrams (aabrams@saul.com)
Bar No. 448789
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037
Phone (202) 333-8800
Fax (202) 337-6065

Attorney for Defendant
Pierce Associates, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance of Anessa Abrams, Esq. was filed electronically on this 8th day of May, 2008 and was served by first class United States Mail, postage prepaid, on this 8th day of May, 2008, addressed to the following:

Grady King
3807 35th Street
Mt. Rainier, MD 20712

*Pro se* plaintiff

                                                  /s/ Anessa Abrams
                                                  Anessa Abrams

944119.1