UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| GRADY KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 07cv2302 (RJL) |
| | ) | |
| PIERCE ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

It is, this _____14th_____ day of May 2008, hereby

**ORDERED** that [#3] plaintiff's motion for court appointed counsel is DENIED

without prejudice to reconsider at a later date.  The Court does not have sufficient

information at this time to determine whether the appointment of counsel would be

appropriate under Local Civil Rule 83.11(b)(3).[1]  It is further

**ORDERED** that [#4] plaintiff's motion for a continuance is DENIED without

prejudice at this time.

**SO ORDERED.**

RICHARD L. LEON
United States District Judge

---

[1] Rule 83.11(b)(3) provides: "When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se*
litigant to proceed *in forma pauperis*, the judge to whom the case is assigned may, on application by the *pro se* party
or otherwise, appoint an attorney from the [Civil Pro Bono] Panel to represent such party. The appointment should
be made taking into account: (i) the nature and complexity of the action; (ii) the potential merit of the pro se party's
claims; (iii) the demonstrated inability of the pro se party to retain counsel by other means; and (iv) the degree to
which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive
from the assistance of the appointed counsel."