UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **GRADY KING,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Case No. 07cv2302 (RJL) |
| | ) |
| **PIERCE ASSOCIATES, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>ORDER</u>
(May 14, 2008)

Pending before the Court is Defendant's Motion to Dismiss, which was filed on May 8, 2008. Because a ruling on defendant's motion may dispose of the case, plaintiff is advised of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or]

the court may treat the motion as conceded." Local Civil Rule 7(b).

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the Defendant's motion within 30 days of this Order. If the plaintiff fails to respond, the Court may treat the motion as conceded and dismiss the complaint against the defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge