IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRADY KING, | : | |
| | : | Case No. 1:07-cv-02302 (RJL) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PIERCE ASSOCIATES, INC., | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR AN ORDER THAT FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL CIVIL RULE 16.3 CONFERENCE AND SUBMISSION OF MEET AND CONFER STATEMENT BE HELD IN ABEYANCE PENDING RULING ON DEFENDANT'S MOTION TO DISMISS**

Defendant Pierce Associates, Inc. ("Pierce") hereby moves for an Order that the Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 conference and submission of joint meet and confer statement be held in abeyance pending the Court's ruling on Defendant's Motion to Dismiss Plaintiff's Complaint. In support of this motion, Pierce states as follows:

1. Plaintiff filed the instant action on December 21, 2007.

2. On January 2, 2008, this Court issued a Case Management Order, which Pierce obtained through PACER. The Order provides, among other things, that within 30 days of all defendants answering the complaint or filing a motion under Fed. R. Civ. P. 12(b), the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3, and shall file a Joint Meet and Confer Statement within 14 days after such meeting.

3. On April 16, 2008, plaintiff filed a Motion for Court Appointed Counsel, and on April 17, 2008, plaintiff filed a Motion for a Continuance.

4. On April 22, 2008, Pierce was served with the summons and complaint in this action.

5. On May 8, 2008, Pierce filed a Motion to Dismiss Plaintiff's Complaint. That motion is currently pending. Per this Court's May 14, 2008 Order, plaintiff's response to Pierce's motion to dismiss is due on June 13, 2008.

6. By Order dated May 14, 2008, this Court denied plaintiff's motion to appoint counsel and plaintiff's motion for continuance.

7. As Pierce's motion to dismiss is currently pending, and plaintiff's opposition is not due until after the date upon which the parties are required to confer pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3, Pierce requests that such conference and the submission of a Joint Meet and Confer report be held in abeyance pending this Court's ruling on Pierce's motion to dismiss. Requiring the parties to confer to discuss a proposed schedule for this case and prepare and file a Joint Meet and Confer report at this time would be a waste of the Court's and the parties resources and time. This case may be dismissed or, if it is not dismissed, any schedule proposed by the parties may be impractical depending upon the timing of the Court's ruling on the motion to dismiss.

8. Moreover, Pierce presumes that plaintiff is still making attempts to obtain counsel and, if plaintiff is successful, the obtaining of counsel may disrupt the schedule. If plaintiff is still attempting to obtain counsel, hopefully that feat can be accomplished by the time the Court rules on defendant's motion to dismiss.

9. This is the first request for an abeyance of the meet and confer requirements that Pierce has requested. As no deadlines have been set in this matter, this motion will not prejudice either party or disrupt any current deadlines in this action.

10. On May 19, 2008, counsel for Pierce attempted to contact plaintiff at the telephone number listed on plaintiff's complaint. Counsel left a message on the answering

-3-

machine for that telephone number, although the message on the answering machine listed a name other than that of the plaintiff.  Plaintiff has not returned the message.  Accordingly, counsel for Pierce has been unable to ascertain plaintiff's position on this motion.

Respectfully submitted,

/s/ Anessa Abrams
Gary L. Lieber (glieber@saul.com)
DC Bar No. 215483
Anessa Abrams (aabrams@saul.com)
DC Bar No. 448789
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037
(202) 333-8800
(202) 337-6065 fax

Attorneys for Defendant
Pierce Associates, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR AN ORDER THAT FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL CIVIL RULE 16.3 CONFERENCE AND SUBMISSION OF MEET AND CONFER STATEMENT BE HELD IN ABEYANCE PENDING RULING ON DEFENDANT'S MOTION TO DISMISS** was filed electronically this 20th day of May, 2008 and that a copy was served by first class United States mail, postage prepaid, this 20th day of May, 2008 addressed to the following:

>Grady King
>3807 35th Street
>Mt. Rainier, MD 20712
>
>*Pro se* plaintiff

                                                /s/ Anessa Abrams
                                           Anessa Abrams

944504.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRADY KING, | : | |
| | : | Case No. 1:07-cv-02302 (RJL) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PIERCE ASSOCIATES, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING DEFENDANT'S MOTION FOR AN ORDER THAT FEDERAL
RULE OF CIVIL PROCEDURE 26(f) AND LOCAL CIVIL RULE 16.3 CONFERENCE
AND SUBMISSION OF MEET AND CONFER STATEMENT BE HELD IN ABEYANCE
PENDING RULING ON DEFENDANT'S MOTION TO DISMISS**

**(May \_\_\_, 2008)**

Upon consideration of Defendant's Motion for an Order That Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 Conference and Submission of Meet and Confer Statement be Held in Abeyance Pending Ruling on Defendant's Motion to Dismiss, any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion for an Order That Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 Conference and Submission of Meet and Confer Statement be Held in Abeyance Pending Ruling on Defendant's Motion to Dismiss be and hereby is **GRANTED;** it is

-2-

**FURTHER ORDERED** that if Defendant's Motion to Dismiss is not granted, at that time the Court will set new deadlines by which the parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 and file a Joint Meet and Confer Statement.

**SO ORDERED.**

_____
Honorable Richard J. Leon
United States District Judge

Copies to:

Grady King
3807 35th Street
Mt. Rainier, MD 20712

Gary L. Lieber (glieber@saul.com)
Anessa Abrams (aabrams@saul.com)
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ORDER GRANTING DEFENDANT'S MOTION FOR AN ORDER THAT FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL CIVIL RULE 16.3 CONFERENCE AND SUBMISSION OF MEET AND CONFER STATEMENT BE HELD IN ABEYANCE PENDING RULING ON DEFENDANT'S MOTION TO DISMISS** was filed electronically this 20th day of May, 2008 and that a copy was served by first class United States mail, postage prepaid, this 20th day of May, 2008 addressed to the following:

    Grady King
    3807 35th Street
    Mt. Rainier, MD 20712

    *Pro se* plaintiff

    /s/ Anessa Abrams
    Anessa Abrams

944510.1