IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRADY KING, :
: Case No. 1:07-cv-02302 (RJL)
Plaintiff, :
:
v. :
:
PIERCE ASSOCIATES, INC., :
:
Defendant. :

**ORDER GRANTING DEFENDANT'S MOTION FOR AN ORDER THAT FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL CIVIL RULE 16.3 CONFERENCE AND SUBMISSION OF MEET AND CONFER STATEMENT BE HELD IN ABEYANCE PENDING RULING ON DEFENDANT'S MOTION TO DISMISS**

(May 22, 2008)

Upon consideration of Defendant's Motion for an Order That Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 Conference and Submission of Meet and Confer Statement be Held in Abeyance Pending Ruling on Defendant's Motion to Dismiss, any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion for an Order That Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 Conference and Submission of Meet and Confer Statement be Held in Abeyance Pending Ruling on Defendant's Motion to Dismiss be and hereby is **GRANTED**; it is

**FURTHER ORDERED** that if Defendant's Motion to Dismiss is not granted, at that time the Court will set new deadlines by which the parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 and file a Joint Meet and Confer Statement.

**SO ORDERED.**

_____
Honorable Richard J. Leon
United States District Judge

5/22/08

Copies to:

Grady King
3807 35th Street
Mt. Rainier, MD 20712

Gary L. Lieber (glieber@saul.com)
Anessa Abrams (aabrams@saul.com)
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037