UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Grady King

Case: 1:07-cv-02302 rjl

VS

Pierce Associates Inc.

PLAINTIFF'S MOTION

The Sub-Forman, John Guilen told the EEOC that he had made sexual jokes and in the Pierce Handbook it states that you are not allowed to make sexual jokes and when sexual jokes are made action is to follow. I was punched in the face and called a nigger. The Handbook also says that derogatory names may not be used. But this was done also. I have a few witnesses to testify on my behalf as to the allegation that I am charging and the witnesses will also tell that they know that my job treated me unfairly and at times the job was unsafe.

During the time that I was employed by Pierce I was in an automobile accident, I injured my back and suffered from excruciating back pain that cause me to miss a few days from work. Pierce rewarded me by firing me from the job because I miss the few days from work. As a result of what had happen to me several of my co-workers that had become close to me were laid off as well. Pierce has also made it extremely hard for me to acquire employment. When persons call to get

a reference concerning my history, Pierce trashes my name. Pierce has even been influential with the United Association Local 5 who Pierce also convinced not to hire me as well.

*Grady S. King* (signature)

Grady S. King
3807 35th Street
Mount Rainier, MD 20712
(301) 277-9452